UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Petitioner,<br><br>v.<br><br>DANIEL WAYNE PARSONS,<br>Respondent, | **JUDGMENT IN A CVIIL CASE**<br>**CASE NO. 5:17-HC-2025-BR** |

Decision by Court.

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the court finds, by clear and convincing evidence, that Parsons is a sexually dangerous person under the Adam Walsh Act. It is hereby ORDERED that Parsons be committed to the custody of the Attorney General for care and treatment pursuant to 18 U.S.C. § 4248.

**This Judgment Filed and Entered on April 16, 2018, and Copies to:**

Christopher M. Anderson (via CM/ECF Notice of Electronic Filing)

Roberto F. Ramirez (via CM/ECF Notice of Electronic Filing)

G. Norman Acker, III (via CM/ECF Notice of Electronic Filing)

Halerie F. Mahan (via CM/ECF Notice of Electronic Filing)

Katherine E. Shea (via CM/ECF Notice of Electronic Filing)

DATE

April 16, 2018

PETER A. MOORE, JR., CLERK

_(By) Susan K. Edwards, Deputy Clerk_